IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

US MAGISTRATE COURT
DS-SDTX
FILED
AUG 2 5 2010
David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| COMPASS BANK, AS SUCCESSOR § <br> IN INTEREST TO THE LAREDO § <br> NATIONAL BANK, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> WALTER C. KELLER § <br> DISTRIBUTOR, INC. AND § <br> TOM YATES PETROLEUM CO., INC., § <br>     Defendants. § | CIVIL ACTION NO. 5-08-CV-68 |

## AGREED ORDER GRANTING FIRST AMENDED UNOPPOSED JOINT MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

The Court has considered Defendants' First Amended Unopposed Joint Motion For Leave to File Third-Party Complaint and finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendants' First Amended Unopposed Joint Motion For Leave to File Third-Party Complaint is granted and the clerk of said Court is instructed to file said Third-Party Complaint with the other papers in this suit.

SIGNED at Laredo, Texas this 25th day of August, 2010.

_____
United States Judge, Diana Saldana
Magistrate

5716/1 #203777