UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. L-08-68 |
| | § | |
| WALTER C. KELLER DISTRIBUTOR, INC., *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is an "Unopposed Motion for Entry of Amended Scheduling Order" (Dkt. 163) filed by Third-Party Defendant Flat Rock Land, LLC. The Motion (Dkt. 163) is hereby GRANTED. The Court enters this case-specific order which shall control disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated.

1. Initial disclosures will be completed by: March 4, 2011.

2. Joinder of parties will be completed by: June 3, 2011.

3. Plaintiff will designate any expert witnesses by: July 1, 2011.

4. Defendants will designate any expert witnesses by: August 5, 2011.

5. Third-Party Defendants will designate any expert witnesses by: September 2, 2011.

6. Discovery will close in this case on: December 2, 2011.

7.  Alternate Dispute Resolution (ADR) will be completed by: <u>December 16, 2011.</u>
    If appropriate, the Court will refer this case to ADR by separate order.

8.  Amendment of Pleadings will be completed by: <u>January 6, 2012.</u>
    Any party who seeks to amend its pleadings must either file proof of the opposing party's written consent, or seek the Court's leave to do so through appropriate motion.

9.  Contested Motions will be filed no later than: <u>February 3, 2012.</u>

10. The Joint Pretrial Order will be filed no later than: <u>TBA.</u>

This Scheduling Order shall not be modified except by leave of Court upon a showing of good cause, and shall be binding on all parties. <u>Mere stipulation between the parties does not constitute good cause to extend any of the deadlines set herein.</u> All deadlines not specifically set out in this Scheduling Order will be governed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

SIGNED this 23rd day of December, 2010.

_____
Diana Saldaña
United States Magistrate Judge