## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION
## JURY

| | | |
|---|---|---|
| COMPASS BANK, AS SUCCESSOR IN INTEREST TO THE LAREDO NATIONAL BANK<br>        Plaintiff,<br><br>v.<br><br>WALTER C. KELLER DISTRIBUTOR, INC. and TOM YATES PETROLEUM CO., INC.<br>        Defendants<br><br>WALTER C. KELLER DISTRIBUTOR, INC. and TOM YATES PETROLEUM CO., INC.,<br>        Third-Party Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br>        Third-Party Defendants. | §§§§§§§§§§§§§§§§§§§§§ | CASE NO.  5:08-CV-68 |

## DEFENDANT/ THIRD PARTY PLAINTIFF, WALTER C. KELLER DISTRIBUTOR, INC.'S DISCLOSURES UNDER RULE 26 (a)

Now    comes    Defendant/Third    Party    Plaintiff,    WALTER    C.    KELLER

DISTRIBUTOR, INC. (hereinafter referred to as KELLER), and hereby make these initial

disclosures as required by Federal Rules of Procedure 26(a)(1).

Respectfully submitted,

**THE ALVAREZ LAW FIRM, P.C.**
415 Shiloh Drive, Suite A
Laredo, Texas  78045
Telephone:  (956) 722-6601
Facsimile:   (956) 722-1527

**PATRICIA O. ALVAREZ**
Texas State Bar No. 01128850
Federal I.D. No. 13473

palvarez@thealvarezlawfirm.com
**KEITH A. KENDALL,** *Of Counsel*
Texas State Bar No. 11263250
Federal I.D. No. 401781
kkendall@thealvarezlawfirm.com

**ATTORNEYS FOR DEFENDANT/
THIRD-PARTY PLAINTIFF
WALTER C. KELLER
DISTRIBUTOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be sent to the following counsel of record pursuant to the Federal Rules of Civil Procedure on the 4th day of March, 2011:

Mr. Jason Davis
**THE DAVIS GROUP
ATTORNEYS & COUNSELORS, P.C.**
The Weston Centre
112 E. Pecan Street, Suite 777
San Antonio, Texas  78205
*Attorneys for Plaintiff*

Ms. Mary W. Koks
Mr. Michael Harvey
**MUNSCH HARDT KOPF & HARR, P.C.**
700 Louisiana, Suite 4600
Houston, Texas  77002
*Attorneys for Third-Party Defendants
Greyhound Lines, Inc., Americanos
USA, LLC, Peter Randolph Properties,
LLC, Slaughter Realty Company and
Joseph Slaughter, III*

Mr. Adán a. González, III
**JONES, GONZÁLEZ & MADDOX**
5601 San Dario, Suite 5
Laredo, Texas  78401
*Attorney for Third-Party Defendant
Archangelos, Inc.*

Mr. Richard O'Neil (Attorney in Charge)
Mr. J. Mark Craun
**DAVIDSON & TROILO**
7550 W IH-10, Suite 800
San Antonio Texas 78229
*Attorneys for Defendant/Third-Party
Plaintiff Tom Yates Petroleum*

Mr. Mark A. Huvard (Attorney in Charge)
Mr. Marc S. Jacobs
**HARBERG HUVARD JACOBS WADLER
LLP**
2100 West Loop South, Suite 1100
Houston, Texas  77027
*Attorneys for  Third-Party Defendants
Benjamin M. Alexander, Maureen M.
Alexander,    M.D.,    Rosalind    M.
Alexander, Centro Laredo, Ltd., Gail A.
Davis, GML Centro, L.L.C., Jessman
Properties, Ltd., Louise A. Mandel f/k/a/
Louise Weinfeld, as Trustee for Alan
and Adrianna Weinfeld, and Phyllis A.
Terry*

Mr. John C. Howell
**ALLEN, STEIN & DURBIN, P.C.**
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas  78201
*Attorneys for Third-Party Defendant
Raul Properties, Ltd.*

Mr. Ben A. Donnell
**DONNELL, ABERNETHY &
KIESCHNICK, PC**
P.O. Box 3624
Corpus Christi, Texas  78403-2624
***Attorneys for Third-Party Defendant
Exxon Mobil Corporation***
Mr. Ted D. Lee
**GUNN, LEE & CAVE, P.C.**
300 Convent Street, Suite 1080
San Antonio, Texas  78205
***Attorneys for Third-Party Defendant
Flat Rock Land, LLC***


Mr. Albert M. Gutierrez
**GUTIERREZ WYMER, P.C.**
7718 Broadway
San Antonio, Texas  78209
***Attorneys for Third-Party Defendants
Ramiro Ramirez and Irma Ramirez***


Ms. Kristina K. Laurel Hale
Assistant City Attorney
1110 Houston
Laredo, Texas  78040
***Attorney for Third-Party Defendant
City of Laredo***

Mr. Donato D. Ramos
**LAW OFFICES OF DONATO D.
RAMOS, L.L.P.**
6721 McPherson, Suite 350
P.O. Box 452009
***Attorneys for Third-Party Defendant
Exxon Mobil Corporation***
Mr. Barry Snell
Mr. David C. "Clay" Snell
**BAYNE, SNELL & KRAUSE**
8626 Tesoro Drive, Suite 500
San Antonio, Texas  78217
***Attorneys for Third-Party Defendant
H.E. Butt Grocery Company***

Mr. Jose Luis Castillo
**LAW OFFICES OF HERNANDEZ &
CASTILLO, P.C.**
809 Victoria Street, Suite 201
P.O. Box 6127
Laredo, Texas  78042-6127
***Attorneys for Third-Party Defendant
Victoria Investment Properties, Inc.***

_____

**PATRICIA O. ALVAREZ
KEITH A. KENDALL,** *Of Counsel*

## DEFENDANT/THIRD PARTY PLAINTIFF, WALTER C. KELLER DISTRIBUTOR, INC.'S DISCLOSURES UNDER RULE 26(a)

1.      The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless solely for impeachment. Fed. R. Civ. P. Rule 26(a)(1)(A)(i).

**RESPONSE (03/04/11):**
**See attached Exhibit "A."**

2.      A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment. Fed. R. Civ. P. Rule 26(a)(1)(A)(ii).

**RESPONSE (03/04/11):**
**Please see documents previously produced in this case bates labeled 0001-00555.**

3.      A computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered. Fed. R. Civ. P. Rule 26(a)(1)(A)(iii).

**RESPONSE (03/04/11):**
**Defendant is not seeking economic damages at this time with the exception of contribution for any damages which may be awarded against this Defendant.**

4.      For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.   Fed. R. Civ. P. Rule 26(a)(1)(A)(iv).

**RESPONSE (03/04/11):**
**Please see documents previously produced in this case bates labeled 0001-00555.**

# EXHIBIT "A"

## EXHIBIT A

## LIST OF PEOPLE WITH KNOWLEDGE OF RELEVANT FACTS

Compass Bank
c/o Jason Davis
The Davis Group
Attorneys & Counselors, P.C.
The Weston Centre
112 E. Pecan Street, Suite 777
San Antonio, Texas  78205
(210) 853-5882
and
Donald H. Grissom
William W. Thompson
Grissom and Thompson LLP
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
*Plaintiff*

Walter C. Keller Distributor, Inc.
c/o Keith A. Kendall
The Alvarez Law Firm, PC
415 Shiloh Dr., Ste. A
Laredo, Texas 78045
(956) 722-6601
*Defendant/Third Party Plaintiff*

Thomas Yates
Tom Yates Petroleum Co., Inc
c/o Richard O'Neil
J. Mark Craun
Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio Texas 78229
(210) 349-6484
*Defendant/Third Party Plaintiff*

Exxon Mobil Corporation
c/o Johnnie R. Randolph, Jr., Counsel
Exxon Mobil Corporation
800 Bell Street
Houston, Texas  77002
(713) 656-8927
and

Ben A. Donnell
Kristina Fernandez
Donnell, Abernethy & Kieschnick, Pc
Tower II, Suite 400
555 N. Carancahua Street
Corpus Christi, Texas  78401-0817
(361) 888-5551
and
Donato D. Ramos
Law Offices of Donato D. Ramos, L.L.P.
6721 McPherson, Suite 350
P.O. Box 452009
Laredo, Texas  78041
(956) 722-9909
*Third Party Defendant*

Flat Rock Land, LLC
c/o Ted D. Lee
Gunn, Lee & Cave, P.C.
300 Convent Street, Suite 1080
San Antonio, Texas  78205
(210) 886-9500
*Third Party Defendant*

Benjamin M. Alexander
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
*Third Party Defendant*

Maureen M. Alexander, MD
c/o Mark A. Huvard

Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
***Third Party Defendant***

Rosalind M. Alexander
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
***Third Party Defendant***

Centro Laredo, Ltd.
Gail A. Davis
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
***Third Party Defendant***

GML Centro, LLC
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
**Third Party Defendant**

Jessman Properties, Ltd.
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
**Third Party Defendant**

Louise A. Mandel
f/k/a Louise Weinfeld, as trustee for Alan and Adrienna Weinfeld
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP

6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
**Third Party Defendant**

Phyllis A. Terry
c/o Mark A. Huvard
Marc S. Jacobs
Harberg Huvard Jacobs Wadler LLP
2100 West Loop South, Suite 1100
Houston, Texas  77027
(713) 572-7020
and
Richard E. Sames
David L. Reuthinger, Jr.
Sames & Werstak, LLP
6721 McPherson Road, Suite 360
Laredo, Texas  78041
(956) 727-2995
**Third Party Defendant**

Greyhound Lines, Inc.
c/o Mary E. Koks
Michael Harvey
700 Louisiana, Ste. 4600
Houston, Texas 77002
(713) 222-4030
**Former Third Party Defendant**

Peter Randolph Properties, LLC
c/o Mary E. Koks
Michael Harvey
700 Louisiana, Ste. 4600
Houston, Texas 77002
(713) 222-4030
**Former Third Party Defendant**

Slaughter Realty Company
c/o Mary E. Koks
Michael Harvey
700 Louisiana, Ste. 4600
Houston, Texas 77002
(713) 222-4030
**Former Third Party Defendant**

Joseph Slaughter, III
c/o Mary E. Koks
Michael Harvey
700 Louisiana, Ste. 4600
Houston, Texas 77002
(713) 222-4030
***Former Third Party Defendant***

Americanos USA, LLC
c/o Mary E. Koks
Michael Harvey
700 Louisiana, Ste. 4600
Houston, Texas 77002
(713) 222-4030
***Former Third Party Defendant***

Victoria Investment Properties
c/o Jose Luis Castillo
Law Offices of Hernandez & Castillo, P.C.
809 Victoria Street, Suite 201
P.O. Box 6127
Laredo, Texas  78042-6127
(956) 712-4919
***Third Party Defendant***

Archangelos, Inc.
c/o Adán a. González, III
Jones, González & Maddox
5601 San Dario, Suite 5
Laredo, Texas  78401
(956) 723-5575
***Third Party Defendant***

City of Laredo
c/o Donn M. Ianuzi
Assistant City Attorney
1110 Houston
Laredo, Texas 78040
(956) 791-7317
***Third Party Defendant***

Raul Properties, Ltd.
c/o John C. Howell
Allen, Stein & Durbin, P.C.
6243 I.H. 10 West, 7th Floor

P.O. Box 101507
San Antonio, Texas 78201
(210) 734-7488
**Third Party Defendant**

Ramiro Ramirez, III & Irma Ramirez
c/o Law Offices of Albert M. Gutierrez, P.C.
7718 Broadway
San Antonio, Texas 78209
(210) 225-2299
**Third Party Defendant**

H.E.B. Grocery Company, L.P.
c/o Barry Snell
David C. "Clay" Snell
Bayne, Snell & Krause
8626 Tesoro Drive, Suite 500
San Antonio, Texas 78217
(210) 824-3278
**Third Party Defendant**

Lee Garrett, PG
Terracon Consultants, Inc.
6911 Blanco Road
San Antonio, Texas 78216
**Defendants' expert**

Joe A. Lambert
Environmental Department Manager
Terracon Consultants, Inc.
6911 Blanco Road
San Antonio, Texas 78216
**Defendants' expert**

Ms. Robin Franks
TGE Resources, Inc.
6120 W. Northwest Blvd., Suite 100
(800) 992-8048
**Plaintiff's expert**

Mr. Rudy Robinson
Austin Valuation Consultants
3811 Bee Cave Road #210
West Lake Hills, Texas 78746
(512) 328-8122
**Plaintiff's expert**

Samuel M. Noble
Noble & Associates, Inc.
10205 Oasis Dr., Ste. 300
San Antonio, Texas 78216-4031
(210) 979-6800
***Plaintiff's expert***