IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| COMPASS BANK, AS SUCCESSOR § | | |
| IN INTEREST TO THE LAREDO § | | |
| NATIONAL BANK, § | | |
|     Plaintiff § | | |
| § | | |
| v. § | | |
| § | | |
| WALTER C. KELLER § | | |
| DISTRIBUTOR, INC AND § | | |
| TOM YATES PETROLEUM CO, INC., § | | |
|     Defendants, § | | |
| § | CIVIL ACTION NO. 5-08-CV-68 | |
| WALTER C. KELLER § | | |
| DISTRIBUTOR, INC AND § | | |
| TOM YATES PETROLEUM CO, INC., § | | |
|     Third-Party Defendants, § | | |
| § | | |
| v. § | | |
| § | | |
| EXXON MOBIL CORPORATION, § | | |
| FLAT ROCK LAND, L.L.C., § | | |
| BENJAMIN M. ALEXANDER, § | | |
| MAUREEN M. ALEXANDER, M.D., § | | |
| ROSALIND M. ALEXANDER, § | | |
| CENTROL LAREDO, LTD., § | | |
| GAIL A. DAVIS, GML CENTRO, LLC, § | | |
| JESSMAN PROPERTIES, LTD, § | | |
| LOUISE A. MANDEL F/K/A § | | |
| LOUISE WEINFELD, AS TRUSTEE FOR § | | |
| ALAN AND ADRIANNA WEINFELD, § | | |
| PHYLLIS A. TERRY, § | | |
| GREYHOUND LINES, INC., § | | |
| PETER RANDOLPH PROPERTIES, LLC, § | | |
| SLAUGHTER REALTY COMPANY, § | | |
| JOSEPH SLAUGHTER, III, § | | |
| AMERICANOS USA, LLC, § | | |
| RAUL PROPERTIES, LTD, VICTORIA § | | |
| INVESTMENT PROPERTIES, INC., § | | |
| ARCHANGELOS, INC., CITY OF LAREDO, § | | |
| RAMIRO RAMIREZ, III & IRMA RAMIREZ, § | | |
| and H. E. BUTT GROCERY COMPANY § | | |
|     Third-Party Defendants § | | |

**RULE 26(A)(1) INITIAL DISCLOSURES OF THIRD-PARTY DEFENDANTS, BENJAMIN M. ALEXANDER, MAUREEN M. ALEXANDER, M.D., ROSALIND M. ALEXANDER, CENTRO LAREDO, LTD., GAIL A. DAVIS, GML CENTRO, LLC, JESSMAN PROPERTIES, LTD., LOUISE A. MANDEL F/K/A LOUISE WEINFELD, AS TRUSTEE FOR ALAN AND ADRIANA WEINFELD, AND PHYLLIS A. TERRY**

Pursuant to the Federal Rules of Civil Procedure 26(a)(1)(A), Third-Party Defendants, BENJAMIN M. ALEXANDER, MAUREEN M. ALEXANDER, M.D., ROSALIND M. ALEXANDER, CENTRO LAREDO, LTD., GAIL A. DAVIS, GML CENTRO, LLC, JESSMAN PROPERTIES, LTD., LOUISE A. MANDEL F/K/A LOUISE WEINFELD, AS TRUSTEE FOR ALAN AND ADRIANA WEINFELD, AND PHYLLIS A. TERRY, hereby provide the following initial disclosures.

Respectfully submitted,

HARBERG HUVARD JACOBS WADLER LLP
2100 West Loop South, Suite 1100
Houston, TX 77027
Telephone: (713) 572-7020
Facsimile:  (713) 572-7010


By:  /s/ Mark A. Huvard
     Mark A. Huvard
     State Bar No. 10363800
     SD Tex Id # 861
     E-Mail:huvard@hhjwlaw.com
ATTORNEY-IN-CHARGE FOR THIRD-PARTY DEFENDANTS: BENJAMIN M. ALEXANDER, MAUREEN M. ALEXANDER, M.D., ROSALIND M. ALEXANDER, CENTRO LAREDO, LTD., GAIL A. DAVIS, GML CENTRO, LLC, JESSMAN PROPERTIES, LTD., LOUISE A. MANDEL F/K/A LOUISE WEINFELD, AS TRUSTEE FOR ALAN AND ADRIANA WEINFELD, AND PHYLLIS A. TERRY
***ATTORNEY TO BE NOTICED***

   Marc S. Jacobs
State Bar No. 24007432
SD Tex Id # 24417
E-Mail: jacobs@hhjwlaw.com
ATTORNEY-IN-CHARGE FOR THIRD-PARTY DEFENDANTS: BENJAMIN M. ALEXANDER, MAUREEN M. ALEXANDER, M.D., ROSALIND M. ALEXANDER, CENTRO LAREDO, LTD., GAIL A. DAVIS, GML CENTRO, LLC, JESSMAN PROPERTIES, LTD., LOUISE A. MANDEL F/K/A LOUISE WEINFELD, AS TRUSTEE FOR ALAN AND ADRIANA WEINFELD, AND PHYLLIS A. TERRY
***ATTORNEY TO BE NOTICED***

SAMES & WERSTAK, LLP

By: /s/ Richard E. Sames
Richard E. Sames
State Bar # 17554900
SD Tex Id # 5123
David L. Reuthinger, Jr.
State Bar # 24053936
S Tex Id # 892736
6721 McPherson Road, Suite 360
Laredo, Texas 78041
(956) 727-2995
(956) 727-3085
richard@sameswerstak.com
ATTORNEYS FOR THIRD-PARTY DEFENDANTS: BENJAMIN M. ALEXANDER, MAUREEN M. ALEXANDER, M.D., ROSALIND M. ALEXANDER, CENTRO LAREDO, LTD., GAIL A. DAVIS, GML CENTRO, LLC, JESSMAN PROPERTIES, LTD., LOUISE A. MANDEL F/K/A LOUISE WEINFELD, AS TRUSTEE FOR ALAN AND ADRIANA WEINFELD, AND PHYLLIS A. TERRY

## THIRD-PARTY DEFENDANTS' RESPONSE TO INITIAL DISCLOSURES

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subject of that information, that the disclosing party may use to support its claim or defenses, unless the use would be solely for impeachment.

**DISCLOSURE:**

1. Compass Bank
   **Plaintiff**

2. Walter C. Keller Distributor, Inc.
   **Defendants, Third-Party Plaintiffs**

3. Tom Yates Petroleum Co., Inc.
   **Defendants, Third-Party Plaintiffs**

4. Exxon Mobil Corporation
   **Third-Party Defendants**

5. Flat Rock Land, L.L.C.
   **Third-Party Defendants**

6. Benjamin M. Alexander
   **Third-Party Defendants**

7. Maureen M. Alexander, M.D.
   **Third-Party Defendants**

8. Rosalind M. Alexander
   **Third-Party Defendants**

9. Centro Laredo, Ltd.,
   **Third-Party Defendants**

10. Gail A. Davis
    **Third-Party Defendants**

11. GML Centro, LLC
    **Third-Party Defendants**

12. Jessman Properties, Ltd.
    **Third-Party Defendants**

13. Louise A. Mandel F/K/A Louise Weinfeld, as Trustee For Alan and Adrianna Weinfeld
    **Third-Party Defendants**

14. Phyllis A. Terry
 **Third-Party Defendants**

15. Greyhound Lines, Inc.
 **Third-Party Defendants**

16. Peter Randolph Properties, LLC
 **Third-Party Defendants**

17. Slaughter Realty Company
 **Third-Party Defendants**

18. Joseph Slaughter, III
 **Third-Party Defendants**

19. Americanos USA, LLC
 **Third-Party Defendants**

20. Raul Properties, Ltd.
 **Third-Party Defendants**

21. Victoria Investment Properties, Inc.
 **Third-Party Defendants**

22. Archangelos, Inc.
 **Third-Party Defendants**

23. City of Laredo
 **Third-Party Defendants**

24. Ramiro Ramirez, III & Irma Ramirez
 c/o Law Offices of Albert M. Gutierrez, P.C.
 San Antonio, Texas 78209
 (210) 225-2299
 **Third-Party Defendants**

25. H.E. Butt Grocery Company
 **Third-Party Defendants**

26. Jason J. L. Smith
    Environmental Geologist
    Raba-Kistner Consultants, Inc.
    8100 Cameron Road, Ste. B-150
    Austin, Texas 78754-3812
    (512)-339-1745
    **Prepared report documenting results of Phase II Environmental Site Assessment (ESA-II) conducted at the subject property located at 920 Matamoros Street, Laredo, Webb County, Texas.**

27. Richard V. Klar, P.G.
    Associate
    Raba-Kistner Consultants, Inc.
    8100 Cameron Road, Ste. B-150
    Austin, Texas 78754-3812
    (512)-339-1745
    **Prepared report documenting results of Phase II Environmental Site Assessment (ESA-II) conducted at the subject property located at 920 Matamoros Street, Laredo, Webb County, Texas.**

28. Dan Finnegan
    Geologist
    Matrix Environmental Sciences, Inc.
    Laredo, Texas 78041
    Office: 956-791-7088
    **Did clean up at the Shell gas station for contamination that occurred or existed in the past.  Works for Tom Yates.**

29. Lee Garrett, PG
    Terracon Consultants, Inc.
    6911 Blanco Road
    San Antonio, Texas 78216
    **Has knowledge or information that gasoline or any other petrochemical substance is or has leaked from the HEB Property.**

30. Joe A. Lambert
    Environmental Department Manager
    Terracon Consultants, Inc.
    6911 Blanco Road
    San Antonio, Texas 78216
    **Has knowledge or information that gasoline or any other petrochemical substance is or has leaked from the HEB Property.**

31. Harold (Howard) Ruhlman
    General Manager
    Tom Yates Petroleum Co., Inc.
    P.O. Box 1768
    Laredo, Texas 78044
    (956) 722-7866
    **Has knowledge or information that gasoline or any other petrochemical substance is or has leaked from the Flat Rock Property.**

32. Sonia Ortiz
    Former Secretary, Officer Manager
    Tom Yates Petroleum Co., Inc.
    P.O. Box 1768
    Laredo, Texas 78044
    (956) 722-7866
    **Has knowledge or information that gasoline or any other petrochemical substance is or has leaked from the Flat Rock Property.**

33. Samuel Noble
    **Expert for Yates who prepared Appraisal Report.**

34. International Bank of Commerce
    1200 San Bernardo Ave.
    Laredo, Texas 78040-6301
    **Current owner of 920 Matamoros Street, Laredo, Webb County, Texas.**

35. Veronica Puig
    Puig Management and Rentals LLC
    1815 San Bernardo Ave., Suite 2
    Laredo, Texas  78040
    956-722-2307
    **Manages the property located at 802 San Bernardo.**

36. Lan Ngoc Quach
    China Border
    802 San Bernardo
    Laredo, Texas  78040
    956-725-8888
    **Current tenant at 802 San Bernardo.**

37. Alvaro Alvarez
    Red Fox Taxi
    802 San Bernardo
    Laredo, Texas  78040
    956-724-6669
    **Current tenant at 802 San Bernardo.**

    38.    Sarah P. Santos
            Corporate Counsel, BBVA Compass
            700 San Bernardo Ave.
            Laredo, Texas 78040
            Telephone 956-794-8071
            **Familiar with the trust department files at Laredo National Bank nka BBVA Compass.**

    39.    Joaquin Romero, Jr.
            Wealth Management Group
            BBVA Compass
            700 San Bernardo Ave.
            Laredo, Texas 78040
            Telephone: 956-794-1336
            **Familiar with the trust department files at Laredo National Bank nka BBVA Compass.**

B.    A copy, or description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

    **DISCLOSURE:**

    1.    Documents related to formation of the corporate Third Party Defendants, including, but not limited to, copies of corporate documents, correspondence and facsimiles.

    2.    Documents related to leases for the property owned by Third Party Defendants and located at 802 San Bernardo, Laredo, Texas.

    3.    Documents related to the ownership history of the property located at 802 San Bernardo, Laredo, Texas.

    4.    Documents related to accounting for rents received from the property located at 802 San Bernardo, Laredo, Texas.

    5.    Documents related to the underground storage tanks located on 802 San Bernardo, Laredo, Texas.

    All of the aforesaid documents are located at Harberg Huvard Jacobs Wadler, LLP, 2100 West Loop South, Suite 1100, Houston, Texas 77027.

C.     A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34, the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**DISCLOSURE:**

Third Party Defendants do not currently claim any damages in relation to this action.

D.     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:**

Third Party Defendants, at this time, are not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiff or Third Party Plaintiffs or to indemnify or reimburse Third Party Defendants for payments to satisfy the judgment.

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of this document was served on the following attorney of records, on this the 4th day of March 2011.

Attorneys Representing Defendant and Third-Party Plaintiff (Walter C. Keller Distributor, Inc.):
Patricia O'Connell Alvarez  Via E-Mail: palvarez@thealvarezlawfirm.com
The Alvarez Law Firm, PC
415 Shiloh Dr., Suite A
Laredo, Texas 78045

and

Keith Kendall, of Counsel  Via E-Mail: kkendall@thealvrezlawfirm.com
The Alvarez Law Firm PC
415 Shiloh Dr., Suite A
Laredo, Texas 78045

Attorneys Representing Defendant and Third-Party Plaintiff (Tom Yates Petroleum Co):
Richard D. O'Neil  Via E-Mail: roneil@davidsontroilo.com
Davidson and Troilo PC
7550 W IH-10, Suite 800
San Antonio, Texas 78229

and

J. Mark Craun  Via E-Mail: mcraun@davidsontroilo.com
Davidson and Troilo PC
7550 W IH-10, Suite 800
San Antonio, Texas 78229

Attorneys Representing Plaintiff (Compass Bank):
Donald H. Grissom  Via E-Mail: don@gandtlaw.com
Grissom and Thompson LLP
509 W. 12th St.
Austin, Texas 78701

Jason M. Davis  Via E-Mail: jdavis@davisgrouppc.com
The Davis Group Attorneys & Counselors, P.C.
The Weston Centre
112 E. Pecan St., Suite 777
San Antonio, Texas 78205

and

Christopher D. Smith                          Via E-Mail: chris.smith@tklaw.com
Thompson and Knight
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78702

and

Tracy L. McCreight                            Via E-Mail: Tmccreight@davisgrouppc.com
The Davis Group Attorneys & Counselors, P.C.
The Weston Centre
112 E. Pecan St., Suite 777
San Antonio, Texas 78205

Attorney Representing Third-Party Defendant (Ramiro Ramirez and Irma Ramirez):
Albert M. Gutierrez                           Via E-Mail: agutierrez@gutierrezwymer.com
Gutierrez Wymer, P.C.
7718 Broadway
San Antonio, TX 78209

Attorneys Representing Third-Party Defendant (Exxon Mobil Corporation):
Ben A. Donnell                                Via E-Mail: bdonnell@dakpc.com
Attorney in Charge
Kristina Fernandez                            Via E-Mail: kfernandez@dakpc.com
Donnell, Abernethy & Kieschnick, PC
Tower II, Suite 400
555 N. Carancahua Street
Corpus Christi, TX 78401-0817

and

Johnny R. Randolph, Jr.                       Via E-Mail: johnnie.r.randolph@exxonmobil.com
Exxon Mobil Corporation
800 Bell Street
Houston, TX 77002

and

Donato D. Ramos                               Via E-Mail: gmartinez@ddrlex.com
Law Offices of Donato D. Ramos, L.L.P.
6721 McPherson, Suite 350
Post Office Box 452009
Laredo, Texas 78041

Attorney Representing Third-Party Defendant (Raul Properties, Ltd.):
John Claiborne Howell          Via E-Mail: jhowell@asdh.com
ALLEN STEIN DURBIN PC
6243 IH 10 West, Suite 700
San Antonio, TX 78201


Attorney Representing Third-Party Defendant (Victoria Investment Properties, Inc.):
Jose Luis Castillo          Via E-Mail: jose.castillo@laredo-law.com
HERNANDEZ CASTILLO PC
809 Victoria, Suite 201
Laredo, TX 78040

Attorney Representing Third-Party Defendant (Archangelos, Inc.):
Adán A. González, III          Via E-Mail: aag@jgmlawtx.com
JONES, GONZALEZ & MADDOX, An Association
Attorney-in-Charge
5601 San Dario, Ste. 5
Laredo, TX 78041

Attorney Representing Third-Party Defendant (City of Laredo):
Kristina Kimberlee Laurel Hale          Via E-Mail: khale@ci.laredo.tx.us
Lead Attorney
The City of Laredo
Office of the City Attorney
1110 Houston St., Third Floor
Laredo, TX 78042

Attorneys Representing Third-Party Defendant (H.E. Butt Grocery Company):
Barry Snell          Via E-Mail: bsnell@bsklaw.com
BAYNE SNELL ET AL.
8626 Tesoro Dr., Suite 500
San Antonio, TX 78217

and

David C. Snell          Via E-Mail: dsnell@bsklaw.com
BAYNE SNELL ET AL.
8626 Tesoro Dr., Suite 500
San Antonio, TX 78217

Attorneys Representing Third-Party Defendant (Flat Rock Land, LLC):
Ted D. Lee          Via Fascimile: (210) 886-9883
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, TX 78205

and

Robert L. McRae                              Via Fascimile: (210) 886-9883
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, TX 78205

and

Jason E. McKinnie                            Via Fascimile: (210) 886-9883
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, TX 78205

        /s/ Mark A. Huvard
        Mark A. Huvard