IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| COMPASS BANK, AS SUCCESSOR IN INTEREST TO THE LAREDO NATIONAL BANK,<br>    Plaintiff, | § § § § § § § | |
| V. | § § | |
| WALTER C. KELLER DISTRIBUTION, INC. AND TOM YATES PETROLEUM CO., INC.<br>    Defendants. | § § § § § § | CIVIL ACTION NO. 5-08-CV-68 |
| WALTER C. KELLER DISTRIBUTION, INC. AND TOM YATES PETROLEUM CO., INC.<br>    Third-Party Plaintiffs, | § § § § § | |
| V. | § § | |
| EXXON MOBIL CORPORATION ET AL<br>    Third Party Defendants. | § § § § | |
| HEB GROCERY COMPANY, LP<br>    Third-Party Defendant/<br>    Third-Party Plaintiff | § § § § § | |
| V. | § § § | |
| CHEVRON USA, INC., SUCCESSOR BY MERGER TO GULF OIL CORPORATION<br>    Third-Party Defendants | § § § | |

# **HEB GROCERY COMPANY, LP'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Third-Party Defendant, **HEB Grocery Company, LP,** hereby certifies that it has served "HEB Grocery Company, LP's Initial Disclosures" on all Parties on this 4th day of March, 2011, in compliance with the standing Order (Document #164) dated December 23, 2010.

Respectfully submitted,

BAYNE, SNELL & KRAUSE
8626 Tesoro Drive, Suite 500
San Antonio, Texas 78217
Telephone: (210) 824-3278
Telecopier: (210) 824-3937


By:_____/s/_____
Barry Snell
State Bar No. 18789000
David C. "Clay" Snell
State Bar No. 24011309
ATTORNEYS FOR HEB GROCERY
COMPANY, LP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following attorneys of record in this matter on this 4th day of March 2011:


_____/s/_____
David C. "Clay" Snell


| | |
|---|---|
| Donn M. Ianuzi, Assit. City Atty.<br>Kristina Kimberlee Laurel Hale, Lead Atty.<br>City of Laredo<br>1110 Houston<br>Laredo, Texas 78040 | Donald H. Grissom<br>Grissom and Thompson, LLP<br>509 W. 12 St.<br>Austin, Texas 78701 |
| Jason M. Davis<br>Tracy L. McCreight<br>The Davis Group Attorneys and<br>Counselors, P.C.<br>The Weston Centre<br>112 E. Pecan Street, Ste. 777<br>San Antonio, Texas 78205 | Ben A. Donnell, Esq.<br>Kristina Fernandez<br>Donnell, Abernethy & Kieschnick<br>Tower H. Ste. 400<br>555 N. Carancahua Street<br>Corpus Christi, Texas 784001-0817 |

| | |
|---|---|
| Johnnie R. Randolph, Jr., Counsel<br>Exxon Mobil Corporation<br>Attorney in Charge<br>800 Bell Street<br>Houston, Texas 77002 | Christopher D. Smith<br>Thompson and Knight<br>98 San Jacinto Blvd., Ste. 1900<br>Austin, Texas 78702 |
| Ted Dalton Lee<br>Gunn Lee Cave, P.C.<br>300 Covent Street, Ste. 1080<br>San Antonio, Texas 78205 | Albert M. Gutierrez, Attorney in Charge<br>Matthew F. Wymer<br>Gutierrez Wymer, P.C.<br>7718 Broadway<br>San Antonio, Texas 78209 |
| John Claiborne Howell<br>Allen Stein Durbin, P.C.<br>6243 IH 10 W, Ste. 700<br>San Antonio, Texas 78201 | Patricia O'Connell Alvarez, Attorney in Charge<br>Keith A. Kendall, of Counsel<br>The Alvarez Law Firm, P.C.<br>415 Shiloh Drive, Ste. A<br>Laredo, Texas 78045 |
| Richard D. O'Neil<br>J. Mark Craun<br>Davidson and Troilo, P.C.<br>7550 West IH-10, Ste. 800<br>San Antonio, Texas 78229 | Marc S. Jacobs<br>Mark A. Huvard<br>Harberg Huvard and Jacobs Wadler, LLP<br>2100 West Loop South, Ste. 110<br>Houston, Texas 77027 |
| Richard E. Sames<br>David L. Reuthinger, Jr.<br>Sames & Werstak, LLP<br>6721 McPherson Road, Ste. 360<br>Laredo, Texas 78041 | Jose Luis Castillo<br>Hernandez Castillo, PC<br>809 Victoria, Ste. 201<br>Laredo, Texas 78040 |
| Donato D. Ramos<br>Law Offices of Donato D. Ramos, LLP<br>6721 McPherson Road, Ste. 350<br>Laredo, Texas 78041 | Adan A. Gonzalez, III<br>Jones, Gonzalez & Maddox, An Association<br>5601 San Dario, Ste. 5<br>Laredo, Texas 78041 |