# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Compass Bank, as Successor in Interest to the Laredo National Bank <br> *Plaintiff* <br> v. <br> Walter C. Keller Distribution, Inc. and Tom Yates Petroleum Co., Inc. <br> *Defendant* | ) ) ) ) ) ) ) ) <br> Civil Action No. 5-08-CV-68 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chevron USA, Inc.
By serving its registered agent,
Prentice-Hall Corp. System
211 East 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Barry Snell
Bayne, Snell & Krause
8626 Tesoro Drive, Suite 500
San Antonio, Texas 78217
Telephone: (210)824-3278
Telecopier: (210)824-3937

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/25/11

Sara a \_\_\_\_\_
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5-08-CV-68

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chevron USA. Inc.
was received by me on *(date)* April 18, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Prentice-Hall Corp. System, who is designated by law to accept service of process on behalf of *(name of organization)* Chevron USA. Inc. by Certified Mail on *(date)* April 20, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 35.00 for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/22/11

Server's signature

Keith Needels Jr.
Printed name and title

SCH420

PO. Box 17871 S.A. TX 78217
Server's address

Sworn to this 25 day of April 2011
By: _____ Server

Notary Public, State of Texas

Additional information regarding attempted service, etc:



KEITH A. NEEDELS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-14-2013